UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:05CV15-V

FILED
STATESVILLE, N.C.

JUL 1 8 2005

U.S. DISTRICT COURT
W. DIST. OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT OF** |
| v. ) | **FORFEITURE** |
| ) | |
| FOUR VEHICLES SEIZED ON OR ) | |
| ABOUT MARCH 4, 2003, IN CATAWBA ) | |
| COUNTY, NORTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

THE COURT FINDS THAT:

1. A verified complaint for forfeiture in rem of the defendant property was filed on February 8, 2005. This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

2. Process was fully issued in this action and returned according to law. Pursuant to the warrant for arrest in rem, the government duly seized the defendant property. Service of process was made by publication of public notice in the Newton, North Carolina, Observer News Enterprise on May 20, May 27, and June 3, 2005.

3. No person has filed a verified claim or an answer within the time allowed by law, and default was accordingly entered on    July 8, 2005                .

4. Based on the affidavits of Jason C. Reid and Robert Jevon Watts, filed with the complaint, the government has shown probable cause to believe that the defendant property is proceeds of and/or was used or intended to be used to facilitate illegal drug trafficking, and that it is therefore subject to forfeiture under 21 U.S.C. §881(a)(6).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's motion for default judgment of forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following defendant property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein:

(a) one 1991 Lexus registered to Marie Elaine Powell, VIN JT8UF11E8M0055140;

(b) one 1984 Oldsmobile Cutlass registered to Ernest Edward Squarles, Jr., VIN 1G3AM47Y0ER399331;

(c) one 1995 Chevrolet registered to Antonio Jermaine Pope, VIN 1G1BL52W0SR134125; and,

(d) one 1993 Nissan van registered to Robert Jevon Watts, VIN 4N2DN11W8PD833122.

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed this the 14th day of July, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE